# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE  DIVISION

| | |
|---|---|
| Krishnan Shankar Narayan and Sathya Dorairajan,<br><br>　　　　　Plaintiffs<br><br>v.<br><br>Joseph B. Edlow, et al,<br><br>　　　　　Defendants. | Case No.: 5:25-cv-11000-SVK<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONDUCT HEARING TELEPHONICALLY OR BY VIDEOCONFERENCE** |

**IT IS HEREBY ORDERED** that Plaintiffs' counsel and Defendants' are **GRANTED** leave to appear remotely at the hearing on Defendants' Motion to Dismiss scheduled for April 14, 2026 at 10:00 a.m.

Dated:  March 26, 2026

Susan van Keulen
Magistrate Judge

1

Case No.: 5:25-cv-11000-SVK