**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| Krishnan Shankar Narayan, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Joseph B. Edlow, et al.,<br><br>Defendants. | Case No.: 5:25-cv-11000-SVK<br><br>**~~[PROPOSED]~~ ORDER GRANTING PLAINTIFFS' COUNTER-MOTION FOR LIMITED DISCOVERY UNDER FED. R. CIV. P. 56(d)**<br><br>Date: ~~October 13, 2026~~ November 10, 2026<br>Time: ~~10:00 a.m.~~ 11:00 a.m.<br>Location: ~~San Jose Courthouse, 4th Floor, Courtroom 6~~ by Zoom webinar<br><br>The Honorable Susan van Keulen<br>United States Magistrate Judge |

The Court held a hearing on November 10, 2026 on Plaintiffs' Counter-Motion for Limited Discovery Under FRCP 56(d). For the reasons stated on the record, Plaintiffs' Counter-Motion is GRANTED on the terms set forth below. Defendants' Motion for Summary Judgment at Dkt. 24 is TERMINATED without prejudice to re-filing after the close of discovery.

Having considered Plaintiffs' Notice of Counter-Motion and Counter-Motion for Limited Discovery Under Fed. R. Civ. P. 56(d), the supporting Declaration of Jessica T. Arena, Defendants' opposition, ~~if any,~~ the Parties' arguments at the hearing, and the record in this matter, and good cause appearing therefor,

IT IS HEREBY ORDERED that Plaintiffs' Counter-Motion is GRANTED as follows:

1. Discovery Ordered. Within 30 days of the date of this Order, or by a deadline agreed to by the Parties, Defendants shall respond to the following written interrogatories and requests for production of documents:

   A. State the current processing or queue status of Plaintiffs' I-485 applications relative to other pending rural-category EB-5 I-485 applications, and produce documents sufficient to show the filing and adjudication dates of rural-category EB-5 I-485 applications received by USCIS on or after March 10, 2025;

B. State whether USCIS has adopted any written or unwritten policy, directive, or operational guidance implementing the rural-investment priority processing requirement of 8 U.S.C. § 1153(b)(5)(E)(ii)(I) as applied to Form I-485 adjustment-of-status adjudication, as distinct from Form I-526E petition adjudication, and produce any documents reflecting the same;

C. ~~State whether USCIS maintains any internal audit, quality-assurance review, or compliance mechanism to verify that rural EB-5 I-485 applications are being adjudicated consistent with 8 U.S.C. § 1153(b)(5)(E)(ii)(I), and if so, the date of the most recent such review;~~

D. State the number of employment-based Form I-485 applications pending before Service Center Operations and the number completed, by month, from March 10, 2025 to the present; and

E. State, as of the date of the response, the number of employment-based Form I-485 applications pending before Service Center Operations, the number of those applications filed before Plaintiffs' applications, and the number resting on approved Forms I-526E.

2. No Depositions at This Time. This Order does not authorize depositions. Plaintiffs may seek leave to conduct further discovery, including depositions, upon a showing that Defendants' written responses are incomplete, evasive, or raise additional factual disputes requiring further development.

3. ~~Briefing Schedule. Plaintiffs' deadline to file an opposition to Defendants' Motion for Summary Judgment is VACATED. Within seven (7) days after completion of the discovery ordered herein, the parties shall submit a joint~~

proposed schedule for the remaining summary-judgment briefing and hearing. Consideration of Defendants' Motion for Summary Judgment is DEFERRED pending completion of that discovery and entry of a further briefing schedule.

4. Reservation of Rights. Nothing in this Order shall be construed as a ruling on the merits of Defendants' Motion for Summary Judgment or Plaintiffs' underlying claims. Plaintiffs reserve all rights to oppose Defendants' Motion on any ground following completion of the discovery ordered herein.

IT IS SO ORDERED.

Dated: November 10, 2026

HON. SUSAN VAN KEULEN
United States Magistrate Judge